UNITED STATES DISTRICT COURT                    JS-6
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES REOPENING/CLOSING

Case No.  SACV 08-0518-DOC(MLGx)                    Date  February 12, 2010

Title  SHIRLEY A. VICENTE, ET AL v FORD MOTOR COMPANY, ET AL

Present  DAVID O. CARTER, Judge

| Kristee Hopkins | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |

---

| Attorneys for Plaintiff | Attorneys for Defendant |
|---|---|
| Not Present | Not Present |

---

Proceedings:        ☐ In Court        X In Chambers        ☐ Counsel Notified

☐    Case previously closed in error.  Make JS-5.

X    Cases should have been closed on entry dated  6/4/09 .  Make JS-6.

☐    Case settled but may be reopened if settlement is not consummated within __ days.  Make JS-6.

☐    Other _____

☐    Entered _____.

CV-74 (08/97)                                    Initials by Deputy Clerk   kh